UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

IN RE:
DR. AMERICA E. NELSON a/k/a
AMERICA E. RAYFORD,                                     Bankr. Case No. HK 03-02552
                                                        District Court No. 1:05-CV-286
      Debtor.
_____/

DR. AMERICA E. NELSON,

      Appellant,

v.                                                      Hon. Richard Alan Enslen

STEPHEN L. LANGELAND,
                                                        **JUDGMENT**
      Appellee.
_____/


      On April 27, 2005, this Court called Appellant America E. Nelson's attention to the notice of the United States Bankruptcy Court that Appellant had not complied with Bankruptcy Rule 8006 (requiring filing of designation of the record with the Bankruptcy Clerk).  At the same time, the Court required compliance within ten days.  Appellant has not complied despite the Court's Order requiring her to do so.  Under these circumstances, dismissal is appropriate.

      **THEREFORE, IT IS HEREBY ORDERED** that the instant appeal is **DISMISSED**.

      **IT IS FURTHER ORDERED** that Appellant's Motion to Proceed *in Forma Pauperis* (Dkt. No. 6) is **DENIED** as moot.

                                                             /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:                 RICHARD ALAN ENSLEN
     May 16, 2005                     UNITED STATES DISTRICT JUDGE